UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW L. CAMPBELL,

    Plaintiff,

v.

RESTORE AMERICA'S VOICE,
RESTORE AMERICA'S VOICE
FOUNDATION, and TAKE 2
DIRECT, LLC,

    Defendants.

Case No. 13-cv-14975
Honorable Laurie J. Michelson
Magistrate Judge David R. Grand

**ORDER ADMINISTRATIVELY CLOSING CASE DUE TO BANKRUPTCY STAY**

This matter having come before the Court on Plaintiff's Motion to Administratively Close Case Because of Bankruptcy Stay (Dkt. 66), and the Court being otherwise fully advised in the premises, IT IS HEREBY ORDERED

This case is closed for administrative purposes without prejudice.

This closing does not constitute a dismissal or a decision on the merits.

When the bankruptcy stay has been removed, this case may be reopened on motion by any party, but any motion by Defendants must be by counsel.

SO ORDERED.

                s/Laurie J. Michelson
                LAURIE J. MICHELSON
                UNITED STATES DISTRICT JUDGE

Dated: July 24, 2015

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 24, 2015.

                                        s/Jane Johnson
                                        Case Manager to
                                        Honorable Laurie J. Michelson